Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED

2008 MAR 17 P 4: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

vs.

MARTIN E. LEMUZ a/k/a MARTIN
LEMUZESPINO, INDIVIDUALLY and
d/b/a LA PALMA BAR a/k/a BAR LA
PALMA,

Defendant.

Case No. C08 01471 HRL

CERTIFICATION AS TO
INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:   (626) 799-9795

**Defendant**, Martin E. Lemuz a/k/a Martin Lemuzespino, individually and d/b/a La Palma Bar a/k/a Bar La Palma

262 Keys Street
San Jose, CA 95112

Dated:    3/14/08

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///