AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

Martin E. Lemuz a/k/a Martin Lemuzespino,
individually and d/b/a La Palma Bar a/k/a Bar La
Palma

C08 01471

HRL

TO:

Martin E. Lemuz
a/k/a Martin Lemuzespino
262 Keyes Rd.
San Jose, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                    MAR 1 7 2008

_____                  _____
CLERK                                 DATE

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

● _____ Served Personally upon the Defendant. Place where served: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

● _____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and . . . . .
discretion then residing therein.
Name of person with whom the summons and complaint were left

● _____ Returned unexecuted:

● _____ Other *(specify):*

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                              *Signature of Server*


_____
                                          *Address of Server*

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.