**United States District Court**
For the Northern District of California

*E-filed 07/01/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C08-01471 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| MARTIN E. LEMUZ, a/k/a MARTIN LEMUZESPINO, INDIVIDUALLY and d/b/a LA PALMA BAR a/k/a BAR LA PALMA, | |
| Defendant. / | |

PLEASE TAKE NOTICE THAT on the Court's own motion, the Case Management Conference set for July 8, 2008 is continued to **July 22, 2008 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose). Case Management Statement due no later than July 8, 2008.

Dated: 07/01/08

_____MPK_____
Chambers of Magistrate Judge Howard R. Lloyd

**Notice has been delivered by other means to:**

**Thomas P. Riley**
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 07/01/08                              MPK
                                  Chambers of Magistrate Judge Lloyd