UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | No. C 08-01471 HRL |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| Martin Lemuz, et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/3/08

Signature /s/ Thomas P. Riley

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")