UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J Sports Productions, Inc.<br><br>    Plaintiff,<br><br>  v.<br><br>Martin E. Lemuz, also known as Lemuzespino, Martin doing business as La Palma Bar also known as Bar La Palma,<br><br>    Defendant.<br>_____/ | No. C08-01471<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 22, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: July 7, 2008                              RICHARD W. WIEKING,
                                                 United States District Court

                                                 */s/ Patty Cromwell*
                                                 By: Patty Cromwell
                                                 Courtroom Deputy Clerk to
                                                 Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Thomas Peter Riley    tprlaw@att.net
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California