| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name):   PLAINTIFF | BAR LA PALMA 3.19.05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

LEMUZ

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C0801471HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; CIVIL COVER SHEET

3. a. Party served:   MARTIN E. LEMUZ A/K/A MARTIN LEMUZESPINO, INDIVIDUALLY AND D/B/A LA PALMA BAR A/K/A BAR LA PALMA

4. Address where the party was served:   262 KEYES STREET
   (Business)   SAN JOSE, CA  95112

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   July 12, 2008 at: 07:55 pm
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. Person who served papers
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was:  $160.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 24, 2008

M. WEEKER

Judicial Council form POS-010 Rev. 07/01/04

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>BAR LA PALMA 3.19.05 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
LEMUZ

| DECLARATION RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C0801471HRL |

I received the within process on July 8, 2008 and that after due and diligent effort I have been able to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5(a)(4)(B).

Party Served: MARTIN E. LEMUZ A/K/A MARTIN LEMUZESPINO, INDIVIDUALLY AND D/B/A LA PALMA BAR A/K/A BAR LA PALMA

Residence: 409 AVENIDA MANZANOS, #17, SAN JOSE, CA 95123

Business: 262 KEYES STREET, SAN JOSE, CA 95112

As enumerated below:

| | | |
|---|---|---|
| July 10, 2008 | 07:30 pm | NOT IN (BUSINESS). |
| July 10, 2008 | 09:05 pm | NO ANSWER (RESIDENCE). |
| July 11, 2008 | 09:20 am | NOT IN (BUSINESS). |
| July 11, 2008 | 06:55 pm | NOT HOME (RESIDENCE). |
| July 12, 2008 | 07:55 pm | PERSONAL SERVICE ON INDIVIDUAL. |

Person who served papers
M. WEEKER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $160.00
I am: registered California process server.
 Employee or independent contractor
 Registration No.: 617
 County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 24, 2008

M. WEEKER

Judicial Council form POS-01C      DECLARATION REGARDING DILIGENCE      10983-1/ascdd