**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 13, 2008

RE:  CV 08-01471 JW        J&J SPORTS PRODUCTIONS, INC.,-v- MARTIN E. LEMUZ, ET AL.

Default is entered as to *Defendant Martin E. Lemuz* a/k/a Martin Lemuzespino on 8/12/08.

RICHARD W. WIEKING, Clerk

by Cindy Vargas
Case Systems Administrator

NDC TR-4  Rev. 3/89

**DEFAULT ENTERED**
August 12, 2008
RICHARD W. WIEKING, CLERK
By _____
Deputy Clerk

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Martin E. Lemuz, <br><br> Defendant. | Case No. CV 08-1471 JW <br><br> **REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, J & J Sports Production, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Martin E. Lemuz a/k/a Martin Lemuzespino, individually and d/b/a La Palma Bar a/k/a Bar La Palma,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

1      Said Defendant was duly served with the Summons and Complaint, evidenced
2  by the Proofs of Service on file with this Court.
3
4
5
6  Dated: August 5, 2008       /s/ *Thomas P. Riley*
                                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
7                                                By: Thomas P. Riley
                                              Attorneys for Plaintiff
8                                                J & J Sports Production, Inc.
9
10 ///
11
12 ///
13
14 ///
15
16 ///
17
18 ///
19
20 ///
21
22 ///
23
24 ///
25
26 ///
27
28 ///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 5, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Martin E. Lemuz a/k/a Martin Lemuzespino (Defendant)
262 Keys Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 5, 2008, at South Pasadena, California.

Dated: August 5, 2008

/s/ Michelle Ferreira
MICHELLE FERREIRA