Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**GRANTED**
Judge James Ware
9/17/2008

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Martin E. Lemuz, et al.<br><br>Defendant. | CASE NO. CV 08-1471 JW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARTIN E. LEMUZ a/k/a MARTIN LEMUZESPINO, individually and d/b/a LA PALMA BAR a/k/a BAR LA PALMA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARTIN E. LEMUZ a/k/a MARTIN LEMUZESPINO, individually and d/b/a La Palma Bar a/k/a Bar La Palma, that the above-entitled action is hereby dismissed **without prejudice** against MARTIN E. LEMUZ a/k/a MARTIN LEMUZESPINO, individually and d/b/a La Palma Bar a/k/a Bar La Palma to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

STIPULATION OF DISMISSAL
CV 08-1471 JW
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 15, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 29, 2008

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 9-8-2008

**BERLINER COHEN**
By: Joseph E. Dworak
Attorneys for Defendant
MARTIN E. LEMUZ
a/k/a MARTIN LEMUZESPINO,
individually and d/b/a
LA PALMA BAR a/k/a BAR LA PALMA

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: September 17, 2008

The Honorable James Ware
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 08-1471 JW
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 29, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARTIN E. LEMUZ a/k/a MARTIN LEMUZESPINO, individually and d/b/a LA PALMA BAR a/k/a BAR LA PALMA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Joseph E. Dworak, Esquire          Attorneys for Defendant
BERLINER COHEN
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 29, 2008, at South Pasadena, California.

Dated: August 29, 2008

_Andrea Chavez_
ANDREA CHAVEZ